MILLER *v.* THE STATE.   SAMS *v.* THE STATE.

COBB, J. These cases are controlled by the decision this day made in the case
of *Batty* v. *State.*          *Judgment reversed.   All the Justices concurring.*

Argued October 22, — Decided November 6, 1901.

Accusation of selling liquor without license.   Before Judge
Hammond.   City court of Griffin.   September 27, 1901.

*William H. Beck,* for plaintiffs in error.
*O. H. P. Slaton, solicitor,* and *F. D. Dismuke,* contra.